# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| THOMAS FIELDS, | Case No. 1:13-cv-342 |
| Plaintiff, | Dlott, J. |
| | Bowman, M.J. |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## ORDER

On May 21, 2013, Plaintiff was granted leave to proceed in forma pauperis in order to commence this pro se employment discrimination case. Although Plaintiff's complaint names his former supervisors, Defendants Roy Rodgers and Ron Graham, it appears that Plaintiff previously worked at the YMCA on Elm Street in downtown Cincinnati. (Doc. 3). The YMCA has not been named as a Defendant.

On August 19, 2013, in lieu of filing an answer, Defendants moved for a more definite statement. As Defendants' motion explains, Plaintiff's employment discrimination complaint does not include a copy of the EEOC charge that he filed either with the Ohio Civil Rights Commission or the Equal Employment Opportunity Commission, and does not actually identify any specific legal basis for his claims, including but not limited to the type of discrimination that he is alleging against the Defendants.

Plaintiff has failed to file any response to Defendant's motion.  Accordingly, **IT IS ORDERED THAT**:

1. Defendant's motion for a more definite statement (Doc. 7) is GRANTED;

2. On or before **October 10, 2013**, Plaintiff shall file an Amended Complaint in order to address the Defendant's concerns.  Plaintiff shall attach to his Amended Complaint a copy of the Charge he filed with the Ohio Civil Rights Commission or the EEOC.

         *s/ Stephanie K. Bowman*
         Stephanie K. Bowman
         United States Magistrate Judge